United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOB D. BEASLEY, ) | |
| ) | CIVIL NO. 10-5486BHS-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before December 1, 2010, Defendant's Answering Brief shall be filed on or before December 29, 2010, and Plaintiff's Reply Brief shall be filed on or before January 12, 2011. Oral argument, if desired, shall be requested by January 19, 2011.

DATED this 10th day of November, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-5486BHS] - 1