UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOB D. BEASLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. 3:10-cv-05486-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Stipulated Motion, it is hereby ORDERED that the Scheduling Order is amended as follows:

- Defendant shall have up to and including January 31, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including February 14, 2011, to file a reply brief; and

- Oral argument, if desired, shall be requested by February 21, 2011.

DATED this 3rd day of January 2011.

　　　　　　　　　　　　　　　　/s/ J. Richard Creatura

　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1   ORDER - [3:10-cv-05486-BHS-JRC]